UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT A. FARR, | Case No. 1:08-cv-884 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Scoville |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant, | |

## **JUDGMENT**

Final judgment is entered in favor of the Commissioner and against the plaintiff.

**IT IS SO ORDERED this 5th day of February 2010**.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge